ALEX CARON and Others, Respondents, v. SEIDENBACH'S,
Appellant.

Supreme Court, Appellate Term, First Department, December 20, 1923.

Corporations — foreign corporations — motion to vacate judgment on
ground it was rendered without legal service of summons — testimony
of defendant's president sufficient to establish that defendant is foreign
corporation and not doing business in this State.

Defendant's motion for the vacation of a judgment upon the ground that it was
rendered without legal service of a summons, should be granted, where it appears
conclusively from the testimony of defendant's president, who was not cross-
examined or contradicted, that the defendant, an Oklahoma corporation, is
engaged in business in that State and is not doing business within this State.

APPEAL by defendant, a foreign corporation, from an order of the
Municipal Court, Borough of Manhattan, Sixth District, denying
its motion to vacate the judgment upon the ground that it was
rendered without legal service of summons.

*Siegel & Corn* [*Isaac Siegel* of counsel], for the appellant.

*Bernard J. Becker* [*Aaron G. Mintz* of counsel], for the respondents.

PER CURIAM:

It appeared conclusively on the hearing by the testimony of
defendant's president that the corporation is organized under the
laws of Oklahoma, is engaged in the retail business in the city of
Tulsa in that State and has no other place of business and is not
doing business in New York.

Respondents seek to sustain the order on the plea that defendant
did not adequately prove the facts hereinabove recited, but they
were testified to by defendant's president as of his own knowledge
without any suggestion of an objection to the form of the questions
or the answers.  There was no cross-examination, and plaintiff did
not undertake to offer any proof to the contrary.

Order reversed, with ten dollars costs and motion granted, with
ten dollars costs

All concur; present, GUY, BIJUR and DELEHANTY, JJ.